UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JULIAN RIVERA GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center,<br><br>Respondent. | Case No.:  26-cv-3103-RSH-VET<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

On May 18, 2026, petitioner Jesus Julian Rivera Gonzalez, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On June 3, 2026, Respondent filed a return. ECF No. 4.

Title 28 of the U.S. Code, Section 2241, provides that "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). A detainee bears the burden of demonstrating that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).

Petitioner alleges that he is a citizen of Mexico who has been arrested and taken into immigration custody despite having no criminal record and posing no danger to the community. ECF No. 1-2 at 1–2. Petitioner states that in 2011, he was granted withholding

26-cv-3103-RSH-VET

of removal by an immigration judge in Lancaster, California. *Id.* at 2. Petitioner further alleges that while in immigration custody, his confidential medical information has been exposed to others. *Id.* He seeks his immediate release on bond while he pursues his immigration case. *Id.* at 3.

Petitioner does not identify a legal or factual basis supporting the relief that he requests. Petitioner has not established that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Accordingly, the Petition is **DENIED**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: June 17, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-3103-RSH-VET